UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEWISS GREAVES GUERRERO,

      Petitioner,

    v.                               Case No.:  2:26-cv-02074-SPC-NPM

WARDEN, SOUTH FLORIDA
DETENTION CENTER.

      Respondent,

---

### OPINION AND ORDER

Before the Court is Lewiss Greaves Guerrero's Petition for Writ of Habeas Corpus (Doc. 1).  Greaves Guerrero challenges the lawfulness of his detention by Immigration and Customs Enforcement.  But the petition is unsigned.  "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.  Greaves Guerrero's petition is **STRICKEN**. *See* Fed. R. Civ. P. 11(a).

According to Immigration and Customs Enforcement's online detainee locator, Greaves Guerrero is now detained at the Miami Federal Detention Center, so the proper venue for a writ of habeas corpus is the Southern District of Florida.  The Court will dismiss this action and close the case so Greaves Guerrero may file a signed petition in the Southern District of Florida. The

Clerk is **DIRECTED** to enter judgment dismissing this action without prejudice, close the case, and send a copy of this Order to Greaves Guerrero at Miami Federal Detention Center FDC, 33 NE 4 Street, Miami, Florida 33132.

**DONE AND ORDERED** in Fort Myers, Florida on June 25, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record